# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3836
_____

MICHAEL A. TORREY,

    Appellant,

    v.

WARDEN PAYNE GULF C. I.;
RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellees.

_____

On appeal from the Circuit Court for Gulf County.
Devin Collier, Judge.

August 9, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael A. Torrey, pro se, Appellant.

Ashley Moody, Attorney General, and Dan Johnson, Interim General Counsel, Florida Department of Corrections, Tallahassee, for Appellees.